# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2010

Marilyn Kelly,
Chief Justice

139941(73)

Michael F. Cavanagh
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway
Alton Thomas Davis,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

STEVEN LINDSEY MCBURNEY,
       Defendant-Appellant.

SC: 139941
COA: 285485
Oakland CC: 2007-214651-FC

_____/

     On order of the Court, the motion for reconsideration of this Court's June 23, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2010

Clerk

d0830